# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY WADE BOWMAN**                                                                  **PLAINTIFF**

V.                                        NO. 4:24-cv-00769-KGB-ERE

**RENA JONES,** *et al.*                                                                **DEFENDANTS**

## ORDER

*Pro se* plaintiff Larry Wade Bowman, formerly an inmate at the Cleburne County Jail ("CJC"), filed this lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Bowman alleges that, during his incarceration at the CJC, Defendants Rena Jones and Jason Jones sexually harassed him. However, Mr. Bowman's complaint indicates that he is incarcerated as both a pre-trial detainee and a convicted person. *Doc. 2 at 3*. The Court must know Mr. Bowman's inmate status to know what legal standard applies to his constitutional claim.[1]

Mr. Bowman has thirty days to file an amended complaint clarifying his prisoner status.

Mr. Bowman's amended complaint, if filed, will supersede or replace the current complaint. See *In re Atlas Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)

---

[1] If Mr. Bowman was a pretrial detainee at the time of the events giving rise to this lawsuit, his claim arises under the under the Due Process Clause Fourteenth Amendment, rather than the Eighth Amendment. *Bell v. Wolfish*, 441 U.S. 520, 535 n.16 (1979); *Stearns v. Inmate Servs. Corp.*, 957 F.3d 902, 905 (8th Cir. 2020).

(an amended complaint supersedes an original complaint and renders the original complaint without legal effect). So, Mr. Bowman should make sure that his amended complaint includes all allegations relevant to the claim(s) he wants to pursue in this lawsuit. Also, Mr. Bowman should not rely upon, or incorporate by reference, any allegations made in his original complaint. In other words, Mr. Bowman's amended complaint, if filed, will stand alone.

Finally, in his amended complaint, Mr. Bowman need only include a "short and plain statement" showing that he is entitled to relief, with factual allegations that are "simple, concise, and direct." FED. R. CIV. P. 8(a)(1) & (d). At this early stage, there is no need to identify witnesses or to describe evidence that he may rely on later to prove his claim.

IT IS THEREFORE ORDERED THAT:

1. Mr. Bowman may file an amended complaint within thirty (30) days of the entry of this Order.

2. If Mr. Bowman fails to file an amended complaint, the Court will screen the original complaint, which could result in the dismissal of Mr. Bowman's claims and this lawsuit.

SO ORDERD 16 September 2024.

UNITED STATES MAGISTRATE JUDGE