IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WADE BOWMAN**
**#28157**                                                                                                    **PLAINTIFF**

v.                              Case No. 4:24-cv-00769-KGB

**RENA JONES,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Edie R. Ervin (Dkt. No. 9). Also before the Court are two pending motions to continue filed by *pro se* plaintiff Larry Wade Bowman (Dkt. Nos. 10–11). Mr. Bowman filed objections to the Recommendation, which the Court has considered in reaching its decision (*see* Dkt. No. 11). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 9). Mr. Bowman's complaint is dismissed without prejudice (Dkt. No. 2). The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), and that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court denies as moot the pending motions to continue (Dkt. Nos. 10–11).

It is so ordered this 10th day of September, 2025.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge